THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00970-RPM

CYRUS EUGENE ADAMS,

      Plaintiff,

v.

DEPUTY JON MILLER,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **September 12, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 5, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated: July 25th, 2013

                                                  BY THE COURT:
                                                  s/Richard P. Matsch

                                                  _____
                                                  Richard P. Matsch, Senior District Judge