# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  May 5, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-00970-RPM

| | |
|---|---|
| CYRUS EUGENE ADAMS, | Lonn M. Heymann |
| Plaintiff, | |
| v. | |
| DEPUTY JON MILLER, | Sean J. Lane |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**1:59 p.m.        Court in session.**

Court's preliminary remarks.

Mr. Heymann states parties have reached a settlement and intend to file a stipulated motion to dismiss the case.

Mr. Lane states defendant withdraws his motion to compel.

Counsel state they anticipate filing dismissal papers within ten days.

**ORDERED:    Defendant's Motion to Compel [12], is withdrawn.
              Dismissal papers due by May 15, 2014.**

**2:04 p.m.        Court in recess.**

Hearing concluded.  Total time: 5 min.