THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00970-RPM

CYRUS EUGENE ADAMS,

    Plaintiff,

v.

DEPUTY JON MILLER,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [19] filed June 16, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated:   June 18th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge